UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 17-02202-AG (KESx) | Date | July 29, 2019 |
|---|---|---|---|
| Title | CTC Global Corporation v. Jason Huang et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Debbie Hino-Spaan |
|---|---|
| Deputy Clerks | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Richard Frey                                        Charlie Nelson
Tamany Bentz                                     John Shaeffer
David Prager
Hector Corea

PROCEEDINGS:   PRETRIAL CONFERENCE

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSED NON-RETAINED EXPERT TESTIMONY BY DEFENDANTS [230]**

**PLAINTIFF'S MOTION IN LIMINE (#2) TO EXCLUDE IRRELEVANT, CONFUSING, AND PREJUDICIAL EVIDENCE [244]**

**PLAINTIFF'S MOTION IN LIMINE (#3) TO EXCLUDE FOREIGN DECLARATIONS [246]**

**PLAINTIFF'S MOTION IN LIMINE (#4) TO EXCLUDE JUSTIFICATION [245]**

**DEFENDANT'S MOTION IN LIMINE (#1) TO EXCLUDE EVIDENCE OF CTC'S INVESTIGATION COSTS FILED BY DEFENDANTS [231]**

**DEFENDANT'S MOTION IN LIMINE (#2) TO EXCLUDE EVIDENCE RELATING TO PURPORTED VALUE OF TRADE SECRET FILED BY DEFENDANTS [232]**

**DEFENDANT'S MOTION IN LIMINE (#3) TO EXCLUDE EVIDENCE**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-02202-AG (KESx) | Date | July 29, 2019 |
|---|---|---|---|
| Title | CTC Global Corporation v. Jason Huang et al | | |

**RELEVANT ONLY TO PLAINTIFF'S EQUITABLE CLAIMS [241]**

**DEFENDANT'S MOTION IN LIMINE (#4) TO EXCLUDE EVIDENCE THAT PLAINTIFF AND COUNTER-DEFENDANT CTC GLOBAL CORPORATION FIRST ACQUIRED AFTER TERMINATING JASON HUANG [233]**

**DEFENDANT'S MOTION IN LIMINE (#5) TO EXCLUDE EVIDENCE RELATING TO CTC'S DECISION TO TERMINATE JASON HUANG [234]**

**DEFENDANT'S MOTION IN LIMINE (#6) TO EXCLUDE EVIDENCE NOT PRODUCED BY CTC ON THERMAL PERFORMANCE REPRESENTATION [235]**

**DEFENDANT'S MOTION IN LIMINE (#7) TO EXCLUDE RELATING TO JOB OFFERS MADE TO JASON HUANG [236]**

**DEFENDANT'S MOTION IN LIMINE (#8) TO EXCLUDE TESTIMONY OF ALEX OKUN AND MIKE KUNKEL [237]**

**DEFENDANT'S MOTION IN LIMINE (#9) TO EXCLUDE INACCURATE TRANSLATION OF SALES CONTRACT [238]**

**DEFENDANT'S MOTION IN LIMINE (#10) TO EXCLUDE CERTAIN EVIDENCE RELATING TO TRADE SECRETS [239]**

**DEFENDANT'S MOTION IN LIMINE (#11) TO EXCLUDE EVIDENCE REGARDING INVENTORSHIP [240]**

Pretrial conference held.  The Court and counsel confer regarding the parties' motions in limine.  After hearing oral argument from the parties, the Court orders as follows:

- Plaintiff's Motion in Limine to Exclude Undisclosed Non-Retained Expert Testimony by Defendants [230]: **GRANTED**

- Plaintiff's Motion in Limine (#2) to Exclude Irrelevant, Confusing, and Prejudicial Evidence [244]: **MOOT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-02202-AG (KESx) | Date | July 29, 2019 |
|---|---|---|---|
| Title | CTC Global Corporation v. Jason Huang et al | | |

- Plaintiff's Motion in Limine (#3) to Exclude Foreign Declarations [246]: **GRANTED**

- Plaintiff's Motion in Limine (#4) to Exclude Justification [245]: **DENIED WITHOUT PREJUDICE**

- Defendant's Motion in Limine (#1) to Exclude Evidence of CTC's Investigation Costs filed by Defendants [231]: **DENIED WITHOUT PREJUDICE**

- Defendant's Motion in Limine (#2) to Exclude Evidence Relating to Purported Value of Trade Secret filed by Defendants [232]: **DENIED**

- Defendant's Motion in Limine (#3) to Exclude Evidence Relevant Only to Plaintiff's Equitable Claims [241]:  **DENIED**

- Defendant's Motion in Limine (#4) to Exclude Evidence That Plaintiff and Counter-defendant CTC Global Corporation First Acquired After Terminating Jason Huang [233]: **DENIED**

- Defendant's Motion in Limine (#5) to Exclude Evidence Relating to CTC's Decision to Terminate Jason Huang [234]: **DENIED WITHOUT PREJUDICE**

- Defendant's Motion in Limine (#6) to Exclude Evidence Not Produced by CTC on Thermal Performance Representation [235]: **DENIED WITHOUT PREJUDICE**

- Defendant's Motion in Limine (#7) to Exclude Relating to Job Offers Made to Jason Huang [236]: **DENIED**

- Defendant's Motion in Limine (#8) to Exclude Testimony of Alex Okun and Mike Kunkel [237]: **DENIED WITHOUT PREJUDICE**

- Defendant's Motion in Limine (#9) to Exclude Inaccurate Translation of Sales Contract [238]: **GRANTED**

- Defendant's Motion in Limine (#10) to Exclude Certain Evidence Relating to Trade Secrets [239]: **GRANTED IN PART**

- Defendant's Motion in Limine (#11) to Exclude Evidence Regarding Inventorship [240]: **GRANTED IN PART**

Further Order to issue regarding the motions in limine.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-02202-AG (KESx) | Date | July 29, 2019 |
|---|---|---|---|
| Title | CTC Global Corporation v. Jason Huang et al | | |

    For the reasons stated on the record, the tentative order on Plaintiff's Motion for Summary Judgment as to Counterclaims [162] shall become the order of the Court. Defendant's Motion for Summary Judgment as to All Causes of Action Contained in the Complaint [164] is under submission.   Further orders to issue.

    The parties are ordered to submit joint, detailed witness and exhibit lists as discussed on the record.

    The parties are ordered to resume mediation efforts.

    The Court and counsel confer regarding various trial related matters as stated on the record.

|  | 0 | : | 57 |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |

cc: