JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTC GLOBAL CORPORATION, a Delaware corporation, | CASE NO. 8:17-cv-02202-AG-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: December 18, 2017 |

1.
[PROPOSED] ORDER GRANTING JOINT REQUEST FOR DISMISSAL

**GOOD CAUSE HAVING BEEN SHOWN** based upon the Parties' Joint Stipulation for Dismissal, the Court hereby **DISMISSES** this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that the Court will retain continuing jurisdiction to adjudicate any further disputes arising out of the Parties' Settlement Agreement.

Dated: July 2, 2020    By: _____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE

2.
[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR DISMISSAL